UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---

TIMOTHY ONEAL,

    Plaintiff,

v.                                    Case No. 22-cv-12293

KURT MOFFIT,

    Defendant.

_____/

## **JUDGMENT**

IT IS ORDERED AND ADJUDGED that pursuant to this court's Opinion and Order entered this date, judgment is entered for Defendant Kurt Moffit and against Plaintiff Timothy O'Neal.

Dated at Port Huron, Michigan this 29th day of March, 2023.

                                                  KINIKIA ESSIX
                                                CLERK OF THE COURT

                        BY:    <u>S/Lisa Wagner</u>
                                Lisa Wagner, Case Manager and
                                Deputy Clerk to
                                Judge Robert H. Cleland
                                (810) 292-6522